IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SARAH GRAMMER, as Administratrix of
the Estate of Melvinteen Daniels, Deceased,

    Plaintiff,

vs.    No. 2:06-CV-00781

JOHN J. KANE REGIONAL CENTERS -
GLEN HAZEL,

    Defendant.

## STIPULATION FOR DISMISSAL

The parties have resolved the above docketed matter, and hereby Stipulate to dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| ROBERT PEIRCE & ASSOCIATES, P.C. | MEYER, DARRAGH, BUCKLER, BEBENEK & ECK |
| By: /s/ Chad P. Shannon, Esquire | By: /s/ Michael R. Lettrich, Esquire |
| CHAD P. SHANNON, ESQUIRE | MICHAEL R. LETTRICH, ESQUIRE |
| Pa. I.D. No.: 91212 | Pa. I.D. No.: |
| 2500 Gulf Tower, 707 Grant Street | Suite 4850 |
| Pittsburgh, PA 1519 | U.S. Steel Tower |
| (412) 281-7229 | 600 Grant Street |
| | Pittsburgh, PA 15219 |

SO ORDERED. this 21st day of October, 2010.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge